Your Honor,

I first found out that I was hacked three years ago, and not only did it became the worst day of my life, but it has continued to haunt me even to this day.

My cousin received a nude photo of me and the purpose of the message was to blackmail her into sending money to remove the photo from the internet. I was baffled when I recognized the image was kept only in my private snapchat folder and had not been distributed to anyone. The humiliation was paralyzing and I felt completely powerless in not knowing who was responsible for this and what they wanted from me.

It was even worse when I became aware of the extent of the hack. My photos had already been posted to several pornographic websites and advertised as "leaked footage." My full name, address, phone number and social media tags were also shared, which led me to be harassed and cyberstalked over the next three years. I have considered taking my life on multiple occasions due to this, as the grief is unbearable at times.

Along with the unwanted messages and blackmail from strangers, I have lived with the constant fear that anyone, including coworkers, friends, future employers, or family members, could find these images. That fear became reality when a coworker stumbled across them. There is no way to describe the level of violation that comes from the most private parts of your life being stolen and turned into content for strangers to consume.

Shortly after I was hacked, I was laid off from my job and didn't have the money to pay for an attorney. However, I pulled $5,000 out of my savings account to pay for one. The best thing my lawyer can do is help get the posts removed from the websites, but it doesn't stop other people from posting the already downloaded images, and reaching out to me still to this day.

One of the hardest parts is that this isn't something I can simply move on from. Every new job, every new relationship, every major life event comes with the lingering worry that these images could resurface. The defendant stole something I can never fully get back: my sense of privacy, security, and control over my own body.

When I finally learned the name of the defendant and how we were connected, I felt sick to my stomach, but I also felt the first sense of hope that justice could finally be served.

For years, I have carried the shame that rightfully belongs to the defendant who committed this crime, and I recognize that I will never truly be able to escape what he did. However, I remind myself that this is a reflection of his character, and not my own.

He knowingly violated the privacy and dignity of hundreds of people, and some people he knew very well, for his own personal gain. He treated real people as commodities and profited from their degradation.

Today, I ask the Court to recognize the seriousness of these crimes and the lasting harm they have caused. I hope the sentence reflects not only the number of victims, but also the permanent impact these actions have had on our lives.

Thank you for allowing me to be heard.

Victim 583